UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

BAYSHINE L. JONES,

Plaintiff(s)

VS.

Court No.: 2:22-cv-01534-WJM-JBC

ARS ACCOUNT RESOLUTIONS SERVICES A DIVISION OF HEALTHCARE REVENUE RECOVERY GROUP, LLC,

Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Ashly E Galownia, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process:  Summons In a Civil Case, Complaint and Jury Demand and Civil Cover Sheet

Defendant to be served:  ARS Sccount Resolution Services Division of Healthcare Revenue

ADDRESS WHERE ATTEMPTED OR SERVED:   Corporation Service Company, 3366 Riverside Drive, Suite 103, Columbus, OH, 43221

I **SERVED** the within named defendant on:  5/12/2022 10:49 AM

**X  CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Alyssa Thompson, (Title): Legal Assistant, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
 **Age:** 39  **Gender:** Female  **Race:** Caucasian  **Height:** 5-6  **Weight:** 151-175  **Hair:** Brown  **Eyes:** Brown

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on  5/13/2022

Signature of Process Server

Notary Public

Ashly E Galownia
Printed Name
Process Server
Title

Christopher Galownia
Notary Public, State of Ohio
My Commission Expires 09-06-2026


862515_4068750_0_23__V4

Page 1 of 1

File Number: 1CR050622
Reference Number: 4068750
Case Number: 2:22-cv-01534-WJM-JBC
Client: Credit Repair - Lawyers of America
Doc Generated: 05/12/2022 10:10:06:529 PM