

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:        (862) 204-5901
DZ@ZEMELLAWLLC.COM

September 22, 2022

**VIA ECF:**

Honorable James B. Clark
United States Magistrate Judge
U.S. District Court – District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      *RE:*   *Bayshine Jones v. ARS Account Resolution Services*
            Case Number:  2:22-cv-1534-WFM-JBC

Dear Judge Clark:

     I write to request adjournment of the September 26, 2022 conference, pursuant to the order entered on September 13, 2022. The date falls on the holiday of Rosh Hashanah and counsel for Plaintiff cannot attend.

     Counsel is also unavailable on October 5, 10, 11, 17, and 18, but is otherwise available at the Court's convenience. Counsel has contacted counsel for Defendant, who has consented to this small adjournment request. Thank you for your attention to this mater.

                                   /s/ Daniel Zemel
                                   Daniel Zemel

cc: All counsel of record (via ECF)