*B&N File #*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (Newark)

```
====================================  :
                                      :        2:22-cv-01534 (WJM)(JBC)
BAYSHINE L. JONES,                    :
                                      :
        Plaintiff                     :
                                      :
                vs.                   :
                                      :
ARS ACCOUNT RESOLUTION SERVICES,      :
a Division of Healthcare Revenue Recovery :
Group, LLC                            :
                                      :
        Defendant                     :
                                      :
====================================  :
```

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Bayshine L. Jones and undersigned counsel for Defendant ARS Account Resolution Services**,** a Division of Healthcare Revenue Recovery Group, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  February 13, 2023

__/s/Mitchell L Williamson____          s/ Nicholas Linker
Mitchell L. Williamson, Esq.            Nicholas Linker Esq.
Barron & Newburger, P.C.                Zemel Law, LLC
458 Elizabeth Ave - Suite 5371          660 Broadway
Somerset, New Jersey  08873             Paterson, New Jersey 07514
Telephone: (732) 732-328-9480           Telephone: 862-227-3106
mwilliamson@bn-lawyers.com              nl@zemellawllc.com
**Attorneys for Defendant**             **Attorneys for Plaintiff**
**ARS Account Resolution Services**     **Bayshine L Jones**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of February, 2023 a true and correct copy of the

foregoing document was sent to all counsel of record in the present action by e-Service via the

courts ECF filing system.

_s/ Nicholas Linker
Nicholas Linker